# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**JAVON HENRY GARDNER**  
**ADC #141217**                                                                    **PLAINTIFF**

v.                              No. 2:23-cv-205-DPM

STEPHEN LANE, Captain, East Arkansas
Regional Unit; NORTON, Sgt., East Arkansas
Regional Unit; S. DAVIS, Sgt., East Arkansas
Regional Unit; TAYLOR, Major, East Arkansas
Regional Unit; and M. JACKSON, Warden,
East Arkansas Regional Unit                                                        **DEFENDANTS**

## ORDER

1. The Court withdraws the reference.

2. Gardner hasn't filed an amended complaint; and the time to do so has passed. *Doc. 3*. His complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

28 November 2023