IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

JAVON HENRY GARDNER                                                   PLAINTIFF
ADC #141217

v.                          No. 2:23-cv-205-DPM

STEPHEN LANE, Captain, East Arkansas
Regional Unit; NORTON, Sgt., East Arkansas
Regional Unit; S. DAVIS, Sgt., East Arkansas
Regional Unit; TAYLOR, Major, East Arkansas
Regional Unit; and M. JACKSON, Warden,
East Arkansas Regional Unit                                           DEFENDANTS

## JUDGMENT

Gardner's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

28 November 2023